IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HARRY COVERT,

      Appellant,

v.

FLORIDA DEPARTMENT OF
REVENUE AND ALBRIA
LASHAWN WALKER,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3470

Opinion filed February 5, 2015.

An appeal from Department of Revenue.
W. David Watkins, Administrative Law Judge.

Harry Covert, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.